# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JESSE RAMIREZ, | Case No. 1:18-cv-01322-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 17) |
| Defendant. | |

On June 14, 2019, the parties filed a stipulation agreeing to allow Defendant an extension of time to file a responsive brief. (ECF No. 17.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive brief shall be filed on or before July 19, 2019; and
2. Plaintiff's reply, if any, shall be filed on or before August 5, 2019.

IT IS SO ORDERED.

Dated: **June 17, 2019**

UNITED STATES MAGISTRATE JUDGE

1